FILED

United State District Court
Tampa Division

10 SEP 24  PM 2: 15

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Luis Medina
Evatech, Inc.
3153 Prides Crossing
Tarpon Springs, F.L. 34688

       Plaintiff

Vs.

Case No. 8:10CV2134-T-MAEP

John Wright and Southern RobotX
304 South Central Avenue
New Albany, M.S. 38652

And

Andrew Berry
34 Clint Court
Temple G.A. 30179

And

Kelli Berry
34 Clint Court
Temple G.A. 30179

       Defendants

COMPLAINT

Now comes Plaintiff Luis Medina of Evatech, Inc for his complaint against John Wright,

Southern RobotX, Inc., Andrew Berry and Kelli Berry states:

1

T0507287

On or about August 23, 2010 the Plaintiff became aware of disparaging acts being committed by the Defendants in an attempt to ruin the reputation and harm the business of Evatech, Inc. as well as intentionally infringed upon its patented products.

COUNT ONE: Fraud

1. On or about December 4th 2008 Defendant John Wright purchased a hybrid Remote Control Lawnmower from Plaintiff, Luis Medina of Evatech, Inc. A copy of invoice is attached hereto and marked "Exhibit A".

2. Soon after defendant John Wright received his unit, he wanted to become an authorized dealer of the Plaintiff's products. Defendant John Wright built his own personal business called: Southern RobotX with website remotemower.com selling products from Evatech, Inc.

3. Defendant, John Wright (Southern RobotX) knowingly and intentionally represented patented products of Evatech, Inc. as his own. He renamed Evatech's products and posted numerous ads and web pages on the internet advertising the Hybrid Remote Control lawnmower for sale. Plaintiff Luis Medina of Evatech, Inc. brought this information to Defendant, John Wright. Defendant John Wright stated he will have it corrected soon or right after his marketing campaign. Defendant, John Wright never corrected the problem or had every intention in doing so.

4. Defendant John Wright used photos and videos belonging to Evatech, Inc. to deceive and commit fraud to Charles Blackwell from Atlanta Georgia. A copy of email transaction is attached hereto and marked as "Exhibit B". A copy of pictures comparing a genuine Evatech, Inc.'s product versus what Charles Blackwell received is attached hereto and marked as "Exhibit C"

5. Defendant John Wright used photos and videos belonging to Evatech, Inc. to deceive and commit fraud to Jason Van Jaarsveld from Angola Africa. A copy of email transaction is attached hereto and marked as "Exhibit D". A copy of a purchase order is attached hereto and marked as "Exhibit E".

6. Defendant John Wright used photos and videos belonging to Evatech, Inc. in attempt to deceive and commit fraud to Thomas Ebert from Wisconsin and Ricardo Valencia from Texas. They managed to contact the plaintiff Luis Medina from Evatech, Inc. and were advised to cancel their order, and they did so.

COUNT TWO:  Infringement on a U.S. Patent

1. Defendant, John Wright (Southern RobotX) knowingly and intentionally copied and offered for sale a version of the Evatech, Inc. Hybrid Remote Control Lawnmower. Evatech, Inc. holds two U.S. patents on this product. (7318493, 7677344)

2. Photos of the infringed copy of the Hybrid Remote Control Lawn Mower are attached hereto and marked as" Exhibit F and G".

3. Photos of the infringed copy of the Hybrid Remote Control Lawn Mower showing Defendant, John Wright (Southern RobotX) are attached hereto and marked as "Exhibit H and I".

4. Video of Defendant John Wright demonstrating the infringed copy of the Hybrid Remote Control Lawnmower. The video access is attached hereto and marked "Exhibit J".

5. A photo of the infringed copy of the Hybrid Remote Control Lawn Mower with tracks is attached hereto and marked as "Exhibit K". This exhibit also illustrates the name of the defendant John Wright as it was downloaded from his Facebook account.

6. A brochure showing genuine Evatech, Inc.'s products for residential use is attached hereto and marked as "Exhibit L "

7. A brochure showing genuine Evatech, Inc.'s products for commercial use is attached hereto and marked as "Exhibit M "

8. Defendant John Wright (Southern RobotX) with his copy mower as illustrated by "Exhibits H and I" has infringed on plaintiff Luis Medina patent 7318493 pertaining to the claims below as 1, 2, 3, 5, 6, and 7. A copy of the patent 7318493 claims is attached hereto and marked "Exhibit N".

9. Defendant John Wright (Southern RobotX) with his copy mower as illustrated by "Exhibits K" has infringed on plaintiff Luis Medina patent 7677344 pertaining to the

claims below as 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 21, and 34. A copy of the patent 7677344 claims is attached hereto and marked "Exhibit O".

10. Defendant John Wright (Southern RobotX) has not only copied the Plaintiff, Luis Medina's patented inventions, and he has sold them. The affected clients who have helped providing evidence for this case will be witnesses.

11. Defendant Andrew Berry and Kelli Berry have shared and provided, trade secrets, proprietary information and US patent information pertaining to Plaintiff Luis Medina – Evatech, Inc. to a Chinese company known as Hanxing. This behavior is unconstitutional. Not only did it result in hurting the Plaintiff Luis Medina-Evatech, Inc.'s company but the US economy as well. A copy comments posted by the Defendant Andrew and Kelli Berry to the Plaintiff's Youtube account is attached hereto and marked "Exhibit AA".

12. Plaintiff Luis Medina contacted the Chinese company, Hanxing. The Chinese company acknowledged that they were infringing on Plaintiff Luis Medina – Evatech, Inc. US patents and issued a letter of apology to Plaintiff Luis Medina – Evatech, Inc. Needless to say, the Chinese company stopped its marketing, sale and distribution in the US.

COUNT THREE: Slander

1. Defendant John Wright posted a blog on the internet slandering the Plaintiff Luis Medina and Evatech, Inc. He made false claims about the quality of products, customer service, and reputation. He made numerous posts to the internet on feedback sites,

information sharing sites as well as the Evatech Inc. website and email accounts A copy of a few of the internet blog websites of Southern RobotX are attached hereto and marked as "Exhibits P and Q".

2. A still screen print copy of the Youtube.com site created by defendant John Wright is attached hereto and marked as "Exhibit R".

3. Defendants Andrew and Kelli Berry posted messages on the internet slandering the Plaintiff Luis Medina and Evatech, Inc. They emailed and telephoned Evatech, Inc. shareholders, dealers and customers slanderous and malicious messages. They made numerous personal attacks on the Plaintiff Luis Medina. They made false claims about the originality and quality of products, customer service, business ethics and reputation. Defendants Andrew and Kelli Berry made numerous posts to information sharing sites on the internet as well as the Evatech Inc. website and email accounts.

4. A copy of messages sent from Defendants Andrew and Kelli Berry to the Youtube.com account of Plaintiff Luis Medina is attached hereto and marked "Exhibit S"

5. A copy messages sent from Defendants Andrew and Kelli Berry to the email addresses of Plaintiff Luis Medina and Evatech, Inc.'s North Carolina client is attached hereto and marked "Exhibit T".

6. A copy of messages sent from Defendants Andrew and Kelli Berry to the email addresses of Plaintiff Luis Medina and Evatech, Inc.'s United Kingdom dealer is attached hereto and marked "Exhibit U".

6

COUNT FOUR:  Theft of Intellectual Property and Trade Secrets

1. Defendant John Wright obtained intellectual property and trade secrets of the Plaintiff Luis Medina and Evatech, Inc. regarding its Hybrid Remote Control Lawnmower from business conversations, emails, marketing materials and product demonstrations.  He used that information without the permission of the Plaintiff, Luis Medina and Evatech, Inc. to market himself, his company, and his infringed products for profit.  Defendant John Wright damaged the business and harmed the potential for future business of the Plaintiff Luis Medina and Evatech, Inc.

2. A picture of defendant John Wright with infringed product is attached hereto and marked as "Exhibit – H".

3. Defendants Andrew and Kelli Berry obtained intellectual property and trade secrets of the Plaintiff Luis Medina and Evatech, Inc. regarding its Hybrid Remote Control Lawnmower from the business website, database, business conversations, emails, marketing materials and product demonstrations.  They used that information without the permission of the Plaintiff, Luis Medina and Evatech, Inc.  Defendants Andrew and Kelli Berry used this information to damage the business and harmed the potential for future business of the Plaintiff Luis Medina and Evatech, Inc.

COUNT FIVE: Harassment

7

1. On or about August 2009, defendant Andrew Berry clearly stated via phone conversation to plaintiff Luis Medina – Evatech, Inc. "he would rather go to prison than stop his mission to destroy plaintiff Luis Medina – Evatech, Inc."

2. Copy of the text message transcript from Defendant John Wright to Plaintiff, Luis Medina is attached hereto and marked "Exhibit-V".

3. Copy of email message from Defendant Kelli Berry to Plaintiff, Evatech, Inc. shareholders is attached hereto and marked "Exhibit-W"

4. Copy of email message from Defendant Kelli Berry to Plaintiff, Luis Medina's wife is attached hereto and marked "Exhibit-X".

5. Copy of email message from Defendant Kelli Berry to Plaintiff, Luis Medina's wife and shareholder is attached hereto and marked "Exhibit-Y".

COUNT SIX: Extortion

1. On or about August 11, 2010 Defendant John Wright sent text messages to the Plaintiff, Luis Medina threatening to "shut his business down" if he did not give him money. The 600 dollars defendant John Wright is referring to is the cost of an electronic brain that the Plaintiff, Luis Medina – Evatech, Inc. had mailed to client via the US postal service and provides the tracking number 0309 3220 0002 2918 4827.

2. Transcript of text message from Defendant John Wright to Plaintiff, Luis Medina is attached hereto and marked "Exhibit – V"

3. Defendant John Wright sent a similar email message to the Plaintiff again on or about August 27th, 2010 where he threatens to destroy Plaintiff personal property. A copy of the email is attached hereto and marked as "Exhibit-Z"

COUNT SEVEN: Loss of Income

1. Due to the disparaging actions and slanderous comments made by all the Defendants against the Plaintiff, Luis Medina and Evatech, Inc. there has been a decrease in sales for his company. He has experienced a loss of income. During the week of August 23, 2010 all the factory workers of Evatech, Inc. had to be temporarily laid off due the loss.

2. The time, energy and funds spent to fight against the Defendants to prevent them from harming his company has taken a toll financially on the Plaintiff, Luis Medina. Many days have been spent addressing the slanderous attacks, filing complaints with various agencies, gathering evidence and preparing this case. That time and energy should have been spent on his business. Therefore he has experienced a loss of income.

3. Defendant John Wright stated in his blog that he attached harmful information to the Plaintiff's website in order to turn away customers. The info would show up when they searched the company name or products.

4. Copy of email message from Defendant John Wright to Plaintiff Luis Medina is attached hereto and marked "Exhibit -Z".

WHEREFORE, the Plaintiff prays for:

1. Injunction against the Defendants, jointly and severally to immediately stop any disparaging acts listed in this claim.

2. Injunction against the Defendants, jointly and severally to prevent any contact from them as well as any third party to the Plaintiff Luis Medina and Evatech, Inc.

3. Injunction against the Defendants, jointly and severally to prevent the manufacture, display, demonstration, marketing, sale of any infringed products, and or trade of intellectual property belonging to Evatech, Inc.

4. Injunction against the Defendants, jointly and severally to immediately remove any negative and/or disparaging comments, photos, BLOGS, videos or other material from the internet and any form of public view.

5. Judgment against the Defendants, jointly and severally in the amount of $150,000.00 for each case of product infringement. (pursuant to US patent law 35 U.S.C. 271 Infringement of patent )

6. Judgment against the Defendants, jointly and severally in the amount of $50,000.00 for future loss of income.

7. Judgment against the Defendants, jointly and severally in the amount of $50,000.00 for the loss of sales due to disparaging acts committed by the Defendants.

10

8. Judgment against the Defendants, jointly and severally in the amount of $50,000.00 for the emotional distress and resulting impacts on the Plaintiff, Luis Medina.

9. Costs and reasonable fees.

10. Such other and further relief as the Court deems proper

Respectfully submitted,

*Luis Medina*

Luis Medina

Evatech, Inc

3153 Prides Crossing

Tarpon Springs, FL 34688

727-643-7242