# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LUIS MEDINA, et al.,

      Plaintiffs/Counter-defendants,

vs.                        CASE NO. 8:10-CIV-2134-T-17-AEP

JOHN WRIGHT, et al.,

      Defendants,

vs.

CARMEN GEISE, et al.,

      Counter-defendants.

_____/

## ORDER

This cause is before the Court on the Court's Order to Show Cause (Doc. 36) and responses thereto (Docs. 39 and 40). In the Order to Show Cause, the Court noted that the pro se parties in this case, the plaintiff and the counter-plaintiffs, have failed to effectuate service on various named defendants or counter-defendants. Further, the Plaintiff, Evatech, Inc. was directed to associate counsel or be dismissed. Even though both the plaintiffs and the counter-plaintiffs have filed responses, neither has shown good cause for their failure to effectuate service or to associate counsel as directed. Accordingly, it is

**ORDERED** that the following individuals and entities are **dismissed** from this cause of action for failure to timely serve; for failure to show good cause for that failure, and/or for failure to associate counsel of record as ordered by the Court: Carmen Geise, Mark Lingenfelter, Marcelo Mancheno, Brian Nagamatsu, Jorge Torres, Todd Unbehagan, Southern RobotX, and Evatech, Inc. (as a plaintiff).  Further, the counter-plaintiffs shall have twenty days to serve Evatech, Inc.  The remaining parties have twenty days to file a Case Management Report under the local rules of this Court or this case will be dismissed in its entirety for failure to comply with this order.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of August, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record