UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS MEDINA and EVATECH, INC.,

                Plaintiffs,

v.                                    Case No. 8:10-cv-2134-T-35-AEP

JOHN WRIGHT,

                Defendant.

_____

JOHN WRIGHT,

           Counter-Plaintiff,

v.

LUIS MEDINA,

           Counter-Defendant.

_____/

## VERDICT FORM

1. Did Defendant JOHN WRIGHT literally infringe upon United States Patents 7317493 or 7677344 owned by Plaintiff Evatech, Inc.?

   Yes __✓__            No_____

   If your answer to question 1 is No, proceed to question 6. If your answer to question 1 is Yes, then proceed to question 2.

2. Did Defendant JOHN WRIGHT literally infringe upon Claim 1 of United States Patent Number 7317493 by Plaintiff Evatech, Inc.?

   Yes __✓__            No_____

   Proceed to question 3.

3. Did Defendant JOHN WRIGHT literally infringe upon Claim 1 of United States Patent Number 7677344 owned by Plaintiff Evatech, Inc.?

   Yes __✓__            No_____

   Proceed to question 4.

4. Did Defendant JOHN WRIGHT literally infringe upon Claim 21 of United States Patent Number 7677344 owned by Plaintiff Evatech, Inc.?

   Yes __✓__            No_____

   Proceed to question 5.

5. Did Defendant JOHN WRIGHT literally infringe upon Claim 34 of United States Patent Number 7677344 owned by Plaintiff Evatech, Inc.?

Yes __✓__                    No_____

Proceed to question 6.

6. Are Defendant JOHN WRIGHT's remote controlled lawnmowers substantially equivalent to the United States Patents 7317493 or 7677344 owned by Plaintiff Evatech, Inc.?

Yes __✓__                    No_____

If your answer to question 1 is No, proceed to question 12. If your answer to question 6 is Yes, then proceed to question 7.

7. Are Defendant JOHN WRIGHT's remote controlled lawnmowers substantially equivalent to the Claim 1 of United States Patent Number 7317493 by Plaintiff Evatech, Inc.?

Yes __✓__                    No _____

Proceed to question 8.

8. Are Defendant JOHN WRIGHT's remote controlled lawnmowers substantially equivalent to the Claim 1 of United States Patent Number 7677344 owned by Plaintiff Evatech, Inc.?

Yes __✓__                    No _____

Proceed to question 9.

9. Are Defendant JOHN WRIGHT's remote controlled lawnmowers substantially equivalent to the Claim 21 of United States Patent Number 7677344 owned by Plaintiff Evatech, Inc.?

Yes __✓__                    No _____

Proceed to question 10.

10.   Are Defendant JOHN WRIGHT's remote controlled lawnmowers substantially equivalent to the Claim 34 of United States Patent Number 7677344 owned by Plaintiff Evatech, Inc.?

Yes √          No_____

11.   If you answered yes to questions 1 and/or 6, what is the total amount of damages for patent infringement that Plaintiff Evatech, Inc. has proven that should be awarded to Plaintiff Evatech, Inc. and against Defendant JOHN WRIGHT?

$ 61,000

Proceed to question 12.

12.   Did Defendant JOHN WRIGHT make defamatory statements about Plaintiff LUIS MEDINA?

Yes √          No_____

Proceed to question 13.

13.   Did Defendant JOHN WRIGHT make defamatory statements about Plaintiff EVATECH, INC.?

Yes √          No_____

If both of your answers to questions 12 and 13 are NO, your verdict on this claim is for Defendant.  Sign and date the verdict form.

If your answer to either question 12 or 13 is Yes, proceed to question 14.

14.   Do you find that nominal damages should be awarded in favor of Plaintiff Luis Medina against:

John Wright: Yes √          No_____

If your answer to question 14 is Yes, proceed to question 15. If your answer to question 14 is No, proceed to question 16.

15.   What is the amount of nominal damages for defamation that should be awarded in favor of Plaintiff Luis Medina and against:

John Wright: $ 1.00

Proceed to question 16.

16.   Do you find that nominal damages should be awarded in favor of Plaintiff EVATECH, INC. against:

John Wright: Yes √            No_____

If your answer to question 16 is Yes, proceed to question 17. If your answer to question 16 is No, sign and date the verdict form.

17.   What is the amount of nominal damages for defamation that should be awarded in favor of Plaintiff EVATECH, INC. and against:

John Wright: $ 1.00

Sign and date the verdict form.

SO SAY WE ALL this 15 day of April , 2014.

_____
Foreperson